THE PEOPLE, on the relation of I. WILDER, sheriff of Genesee, *vs.* C. C. CHURCH.

The remedy against a defendant who possesses himself of his property after levy, is not by *attachment.*

MOTION for an attachment. The defendant, an imprisoned debtor on the limits of the jail of the county of Genesee, was possessed of a gold watch of the value of $200, which he was exhibiting in the bar-room of an inn in the village of Batavia to a number of persons, boasting of its value; and, among others, urged it upon the attention of an attorney who was present, who took it and delivered it to a deputy sheriff also present, in whose hands he had put an execution against the defendant for about $150. The deputy advertised the watch for sale, and on the day of sale it was again exhibited, passing from hand to hand, when the defendant snatched it from the hands of a person in whose possession it was, and walked off with it. The sheriff, upon this state of facts, applied for an attachment.

*By the Court,* MARCY, J. This is not a case in which the court will award an attachment. An attachment will issue for a rescue on *mesne,* but not on *final* process. The sheriff possessed as much power as the court can give him by the issuing of an attachment. He might have commanded what force he wanted to prevent the carrying off of the watch. Besides, he is entitled to his action against the defendant.

Motion denied.